UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 15-32037-DHW
Chapter 13

CONNIE GILMORE,

Debtor.

**ORDER GRANTING TRUSTEE'S MOTION TO DISMISS**

The chapter 13 trustee filed a motion (Doc. # 39) under 11 U.S.C. § 1307 to dismiss this case because of a material default by the debtor in payments under the confirmed chapter 13 plan. The motion came on for hearing on July 31, 2017, by which time the debtor had not cured the default. Counsel for the debtor could offer no defense. Accordingly, it is

ORDERED that the motion (Doc. # 39) is GRANTED and this bankruptcy case is DISMISSED. It is

FURTHER ORDERED that the trustee's office shall file and serve on all creditors a final report and account reflecting the receipts and disbursements in this case.

Done this 31st day of July, 2017.

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:  Debtor
    Richard D. Shinbaum, Attorney for Debtor
    Sabrina L. McKinney, Trustee
    All Creditors